IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:16-CR-46-TAV-JEM |
| SZUHSIUNG HO, et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned judge hereby recuses in this matter and requests that the Chief Judge reassign this case to another judge.

**IT IS SO ORDERED.**

ENTER:

*/s/ Jill E. McCook*
Jill E. McCook
United States Magistrate Judge